175 So.2d 302

**GULF STATES FINANCE CORPORATION**
d/b/a E. J. Gonzales Finance Corporation

v.

**AIRLINE AUTO SALES, INC.**

No. 47725.

June 7, 1965.

In re: Airline Auto Sales, Inc., and H. V. Carter applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 184.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

175 So.2d 303

**Bill G. ORRELL**

v.

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY.**

No. 47729.

June 7, 1965.

In re: Southern Farm Bureau Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 172 So.2d 180.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.